JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RODJCICH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PERFORMANT RECOVERY, INC.; and DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO. 2:13-cv-00843-FMO-RNBx<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

The Court has reviewed the Stipulation of Plaintiff ANDRE RODJCICH and Defendant PERFORMANT RECOVERY, INC. to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

1

07393.00/195030

ORDER RE: STIPULATION RE DISMISSAL
CASE NO. 2:13-cv-00843-FMO-RNB

1  That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant
2  to FRCP 41(a)(1).

3

4  **IT IS SO ORDERED**

5

6  DATED: June 6, 2013                /s/ Fernando M. Olguin
7                                    UNITED STATES DISTRICT JUDGE